**FILED**

JUN 2 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCELINO CALDERON SILVA,<br><br>  Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Respondents. | NO. 2:06-cv-00044 GEB GGH (HC)<br><br>[Proposed] ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS |

Respondent's first request for a 30-day extension of time to file a response to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response by July 12, 2006.

DATED: June 21, 2006

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States Magistrate Judge

30128047.wpd

[Proposed] Order

1