IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCELINO CALDERON SILVA,** | 2:06-cv-00044 GEB GGH (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

Respondent's request for a fifteen-day extension of time to file a response to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response by July 27, 2006.

DATED: 7/21/06           /s/ Gregory G. Hollows
                         _____
                         GREGORY G. HOLLOWS
                         United States Magistrate Judge

silv0044.po

*Order*

1